IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Lowell Shore, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-01275 |
| v. | : |
| Capital One Bank (USA) N.A., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 5, 2014

                                                    Respectfully submitted,

                                                    By __/s/ Sergei Lemberg_____

                                                    Sergei Lemberg, Esq.
                                                    LEMBERG LAW, L.L.C.
                                                    1100 Summer Street, 3rd Floor
                                                    Stamford, CT 06905
                                                    Telephone: (203) 653-2250
                                                    Facsimile:  (203) 653-3424
                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system

                                                   By  /s/ Sergei Lemberg
                                                            Sergei Lemberg, Esq.