## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

_____
                                                    :
Lowell Shore,                                       :
                                                    :   Civil Action No.: 1:13-cv-01275
                        Plaintiff,                  :
            v.                                      :
                                                    :
                                                    :
Capital One Bank (USA) N.A.,                        :
                                                    :
                        Defendant.                  :
                                                    :
_____            :
                                                    :

### STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby discontinued against Capital One Bank (USA), N.A., with prejudice and without costs

to any party.

Lowell Shore                             Capital One Bank (USA) N.A.

    /s/ Sergei Lemberg_____            /s/ Erin L. Hoffman _____
Sergei Lemberg, Esq.                     Erin L. Hoffman (MN #0387835)
LEMBERG LAW, LLC                         Faegre Baker Daniels LLP
1100 Summer Street, 3rd Floor        2200 Wells Fargo Center
Stamford, CT  06905                      90 South Seventh Street
Tel: (203) 653-2250                      Minneapolis, MN 55402-3901
slemberg@lemberglaw.com                  Tel.: (612) 766-7000
Attorney for Plaintiff                   erin.hoffman@FaegreBD.com
                                         Attorney for Defendant


_____
SO ORDERED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 17, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Erin L. Hoffman (MN #0387835)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

By */s/ Sergei Lemberg*

Sergei Lemberg, Esq.